**No. 09-8098. Margaret Thomas, Petitioner v. Office of Personnel Management.**

559 U.S. 1046, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2875.

March 29, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 914, 130 S. Ct. 1320, 175 L. Ed. 2d 1091, 2010 U.S. LEXIS 920.

**No. 09-8176. Romeo Ezike, Petitioner v. Lakshmi Mittal, et al.**

559 U.S. 1046, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2765.

March 29, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2046.

**No. D-2457. In the Matter of Disbarment of Anthony J. Siciliano.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2923.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1043, 130 S. Ct. 793, 175 L. Ed. 2d 551, 2009 U.S. LEXIS 8464.

**No. D-2459. In the Matter of Disbarment of J. Lincoln Passmore.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2857.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1043, 130 S. Ct. 793, 175 L. Ed. 2d 551, 2009 U.S. LEXIS 8738.

**No. D-2460. In the Matter of Disbarment of Jeffrey Neil Berman.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2896.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1044, 130 S. Ct. 793, 175 L. Ed. 2d 552, 2009 U.S. LEXIS 8385.

**No. D-2461. In the Matter of Disbarment of Thomas E. Finnerty.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2792.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1044, 130 S. Ct. 793, 175 L. Ed. 2d 552, 2009 U.S. LEXIS 8476.

**No. D-2462. In the Matter of Disbarment of Stafford Sheehan.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2914.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1044, 130 S. Ct. 794, 175 L. Ed. 2d 552, 2009 U.S. LEXIS 8492.